# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

Bridget M. McCormack,
Chief Justice

162891(5)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* INDEPENDENT CITIZENS
REDISTRICTING COMMISSION FOR STATE
LEGISLATIVE AND CONGRESSIONAL
DISTRICT'S DUTY TO REDRAW DISTRICTS
BY NOVEMBER 1, 2021.                    SC: 162891

_____/

On order of the Chief Justice, the motion of the Michigan Senate to file a brief amicus curiae is GRANTED. The amicus brief submitted on May 14, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



Clerk